Certiorari dismissed, February 22, 2010

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1399**

THOMAS W. HILL,

            Plaintiff - Appellant,

      v.

DAVID RICHARD HILLIER,

            Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Lacy H. Thornburg, District Judge.  (1:08-cv-00543-LHT)

Submitted:  July 23, 2009            Decided:  July 27, 2009

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Thomas W. Hill, Appellant Pro Se.  David Richard Hillier, GUM, HILLIER & MCCLOSKEY, P.A., Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas W. Hill appeals the district court's orders: (1) affirming the bankruptcy court's order approving the Trustee's distribution and denying Hill's motions for recusal of the district court judge and for an evidentiary hearing; and (2) denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Hill v. Hillier, No. 1:08-cv-00543-LHT (W.D.N.C. March 5, 2009 & March 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED